Petrich Appeal.

Argued March 21, 1974. *Tom Irvin Gill*, with him *Gill, Lederer, Rayback & Price*, for appellant; *Albert S. Fein*, with him *John J. Gonzales*, and *Fein, Criden, Johanson, Dolan & Morrissey*, for appellee.

Order affirmed; petition for reargument denied May 31, 1974.

SPAETH, J., dissenting: I would remand this case for a more thorough opinion. *Commonwealth ex rel. Grillo v. Shuster*, 226 Pa. Superior Ct. 229, 312 A. 2d 58 (1973). The transcript of the hearing is 500 pages long. Nineteen witnesses testified; two of these testified twice and one three times; some are experts. I do not believe the brief memorandum opinion does justice to a record so complex.

Pollack, Appellant, *v.* Southeastern Pennsylvania Transportation Authority.

Argued March 21, 1974. *Allen J. Beckman*, with him *Shuster & Beckman*, for appellant; *Lewis H. Van Dusen, Jr.*, with him *Joseph F. Keener, Jr., Emil F. Toften*, and *Joseph C. DeMaria*, for appellee.

Order affirmed.